IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SENDAI NIKON CORPORATION, NIKON IMAGING JAPAN INC., NIKON AMERICAS INC., and NIKON INC.,<br><br>Defendants. | Civil Action No. 11-CV-1025-SLR<br><br>JURY TRIAL DEMANDED<br><br>FILED UNDER SEAL |

## PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Intellectual Ventures I LLC discloses that it is an indirect, wholly owned subsidiary of ▅▅▅▅ ▅▅▅▅▅▅▅▅ no publicly held corporation owns 10% or more of its stock. However, the following publicly held investor entities may have a 10% or greater interest in the profits of Intellectual Ventures I LLC: ▅▅▅▅▅▅▅

Plaintiff Intellectual Ventures II LLC discloses that it is an indirect, wholly owned subsidiary of ▅▅▅▅▅▅▅▅▅▅ no publicly held corporation owns 10% or more of its stock. However, the following publicly held investor entities may have a 10% or greater interest in the profits of Intellectual Ventures II LLC: ▅▅▅▅▅▅▅▅ ▅▅▅▅

DATED:  November 2, 2011                    Respectfully submitted,

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Farnan LLP
919 North Market Street
12th Floor
Wilmington, DE  19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com

*Counsel for Plaintiffs*

*Of Counsel*
John M. Desmarais
Alan S. Kellman
John C. Spaccarotella
Jonas R. McDavit
Xiao Li
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400 (Tel)
(212) 351-3401 (Fax)
jdesmarais@desmaraisllp.com
akellman@desmaraisllp.com
jspaccarotella@desmaraisllp.com
jmcdavit@desmaraisllp.com
xli@desmaraisllp.com