

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

UNIT 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170
www.ded.uscourts.gov

*October 28, 2011*

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Sendai Nikon Corporation
c/o Makoto Kimura, President
277, Aza-hara,
Tako, Natori,
Miyagi, 981-1221, Japan

RE:   *Intellectual Ventures I LLC et al v. Sendai Nikon Corporation et al*
      Civil Action No. 11-1025-~~UNA~~ S LR

Dear Mr. Kimura:

Enclosed please find the Summons and Complaint in the above noted case. This service is made pursuant to Federal Rules of Civil Procedure, Rule 4 (f)(2)(C)(ii).

Also enclosed are Notice/Consent of Availability forms, for Exercise of Jurisdiction by a United States Magistrate Judge.

Sincerely,

PETER T. DALLEO
Clerk

BY: Deputy Clerk

cc:   *Rosemary J. Piergiovanni, Farnan LLP*