IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC, and<br>INTELLECTUAL VENTURES II LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>NIKON CORPORATION, SENDAI NIKON<br>CORPORATION, NIKON AMERICAS INC.,<br>and NIKON INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  C.A No. 11-1025-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION OF DEFENDANTS NIKON CORPORATION, NIKON AMERICAS INC.,
AND NIKON INC. TO DISMISS PLAINTIFFS' AMENDED CLAIMS
<u>OF INDUCED AND JOINT INFRINGEMENT</u>**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Nikon Corporation, Nikon Americas Inc., and Nikon Inc. (collectively "Nikon") hereby respectfully move to dismiss the Amended Complaint's claims for induced and joint infringement for failure to state a claim upon which relief can be granted.

The grounds for this motion are set forth in Nikon's supporting opening brief, which is being served and filed contemporaneously herewith.

{00610524;v1 }

*Of Counsel:*

Jesse J. Jenner
Laurence S. Rogers
Stuart W. Yothers
Andrew T. Radsch
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
(212) 596-9000
jesse.jenner@ropesgray.com
laurence.rogers@ropesgray.com
stuart.yothers@ropesgray.com
andrew.radsch@ropesgray.com

Hiroyuki Hagiwara
ROPES & GRAY LLP
Yusen Building 2F
3-2 Marunouchi 2-Chome
Chiyoda-ku, Tokyo 100-0005
Japan
81-3-6259-3500
hiroyuki.hagiwara@ropesgray.com

Dated: March 5, 2012

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D. #2114)
Tiffany Geyer Lydon (I.D. #3950)
Andrew C. Mayo (I.D. #5207)
500 Delaware Ave., 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC, and<br>INTELLECTUAL VENTURES II LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>NIKON CORPORATION, SENDAI NIKON<br>CORPORATION, NIKON AMERICAS INC.,<br>and NIKON INC.,<br><br>    Defendants. | C.A No. 11-1025-SLR |

## ORDER

This _____ day of _____, 2012, the Court having considered the **Motion of Defendants Nikon Corporation, Nikon Americas Inc., and Nikon Inc. to Dismiss Plaintiffs' Amended Claims of Induced and Joint Infringement** (the "Motion"), and having concluded that good grounds exist for the requested relief; now therefore,

IT IS HEREBY ORDERED that the Motion is granted, and that all claims for induced and joint infringement against Defendants Nikon Corporation, Nikon Inc. and Nikon Americas Inc. are dismissed for failure to state a claim upon which relief can be granted.

_____
United States District Judge