IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SENDAI NIKON CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 11-CV-1025-SLR<br><br>JURY TRIAL DEMANDED |

## STIPULATION EXTENDING BRIEFING DEADLINE

Plaintiffs and Defendants hereby agree that the deadline for Plaintiffs to file their answering briefs to: (i) Motion of Defendants Nikon Corporation, Nikon Americas Inc., and Nikon Inc. to Dismiss Plaintiffs' Amended Claims of Induced and Joint Infringement (D.I. 28); and (ii) Motion of Defendant Sendai Nikon Corporation to Dismiss for Lack of Personal Jurisdiction, or in the Alternative, to Dismiss Plaintiffs' Claims for Induced and Joint Infringement (D.I. 25) is extended from March 22, 2012 to March 23, 2012.

Respectfully submitted,

FARNAN LLP

/s/Brian E. Farnan
Brian E. Farnan (I.D. #4089)
Rosemary J. Piergiovanni (I.D. #3655)
919 Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
rpiergiovanni@farnanlaw.com

*Attorneys for Plaintiffs*

ASHBY & GEDDES

/s/Tiffany Geyer Lydon
Steven J. Balick (I.D. #2114)
Tiffany Geyer Lydon (I.D. #3950)
Andrew C. Mayo (I.D. #5207)
500 Delaware Ave., 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Defendants*

SO ORDERED, this ____ day of March, 2012.

_____
The Honorable Sue L. Robinson