IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SENDAI NIKON CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 11-CV-1025-SLR<br><br>JURY TRIAL DEMANDED |

## STIPULATION EXTENDING BRIEFING DEADLINE

Plaintiffs and Defendants hereby agree that the deadline for Plaintiffs to file their answering briefs to: (i) Motion of Defendants Nikon Corporation, Nikon Americas Inc., and Nikon Inc. to Dismiss Plaintiffs' Amended Claims of Induced and Joint Infringement (D.I. 28); and (ii) Motion of Defendant Sendai Nikon Corporation to Dismiss for Lack of Personal Jurisdiction, or in the Alternative, to Dismiss Plaintiffs' Claims for Induced and Joint Infringement (D.I. 25) is extended from March 23, 2012 to March 26, 2012.

Respectfully submitted,

| FARNAN LLP | ASHBY & GEDDES |
|---|---|
| /s/Brian E. Farnan | /s/Tiffany Geyer Lydon |
| Brian E. Farnan (I.D. #4089) | Steven J. Balick (I.D. #2114) |
| Rosemary J. Piergiovanni (I.D. #3655) | Tiffany Geyer Lydon (I.D. #3950) |
| 919 Market Street, 12th Floor | Andrew C. Mayo (I.D. #5207) |
| Wilmington, DE 19801 | 500 Delaware Ave., 8th Floor |
| (302) 777-0300 | P.O. Box 1150 |
| bfarnan@farnanlaw.com | Wilmington, DE 19899 |
| rpiergiovanni@farnanlaw.com | (302) 654-1888 |
|  | sbalick@ashby-geddes.com |
| *Attorneys for Plaintiffs* | tlydon@ashby-geddes.com |
|  | amayo@ashby-geddes.com |
|  |  |
|  | *Attorneys for Defendants* |

SO ORDERED, this ___ day of March, 2012.

_____
The Honorable Sue L. Robinson