**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC, and INTELLECTUAL VENTURES II LLC, <br><br> Plaintiffs, <br><br> v. <br><br> NIKON CORPORATION, NIKON AMERICAS INC., and NIKON INC., <br><br> Defendants. | C.A. No. 11-1025-SLR |

**JOINT CLAIM CONSTRUCTION CHART
FOR THE WI-FI PATENTS**

Pursuant to the parties' Stipulation and Order (D.I. 126) and the Court's October 2, 2014 Order, the parties hereby provide this Joint Claim Construction Statement for U.S. Patent Nos. 5,712,870 (the "'870 patent"), 6,754,195 (the "'195 patent"), and 6,977,944 (the "'944 patent) (collectively, the "Wi-Fi patents"), identifying the disputed terms and each side's proposed constructions for those terms.

**Disputed Terms and Proposed Constructions: '870 Patent**

| Disputed Claim Terms/Phrases | Plaintiffs' Proposed Constructions | Defendants' Proposed Constructions |
|---|---|---|
| 1. "single device"<br><br>(Claim 10) | No construction needed because the preamble is not limiting.  If it is determined that a construction is required, the construction should be<br><br>"single mechanism, tool, or other piece of equipment designed for a specific use, which may but need not be monolithic" | "a single packaged integrated circuit" |
| 2. "the demodulated data signal"<br><br>(Claim 10) | No construction needed.  If it is determined that a construction is required, the construction should be:<br><br>"demodulated data portion" | "the demodulated header portion and the demodulated data portion" |
| 3. "spread spectrum"<br><br>(Claim 10) | No construction needed.  If it is determined that a construction is required, the construction should be:<br><br>"a technique by which a signal is spread in the frequency domain" | "a method of transmission in which the bandwidth occupied by the transmitted signal is substantially wider than the rate of the original data" |
| 4. "comprising a single device having"<br><br>(Claim 10) | No construction needed and the preamble is not limiting.  If it is determined that a construction is required, the construction should be:<br><br>"a single device including" | The term "comprising" is a legal term of art requiring no construction.  The remainder of the term should be construed as:<br><br>"a single device with only" |
| 5. "analog receiver"<br><br>(Claim 10) | No construction needed. If it is determined that a construction is required, the construction should be:<br><br>"a device for receiving a transmitted analog radio frequency signal" | "analog circuitry that receives a transmitted radio frequency analog signal and outputs a corresponding analog signal" |
| 6. "timer for transitioning between the BPSK demodulation and the QPSK demodulation" | No construction needed.  If it is determined that a construction is required, the construction should be:<br><br>"timing hardware and/or software | "A circuit that measures a time interval and dictates when a transition between BPSK demodulation and QPSK demodulation is to be made." |

- 3 -

| Disputed Claim Terms/Phrases | Plaintiffs' Proposed Constructions | Defendants' Proposed Constructions |
|---|---|---|
| (Claim 10) | for transitioning between BPSK demodulation and QPSK demodulation" | |
| 7. "direct sequence spread spectrum signals"<br><br>(Claim 10) | No construction needed because the preamble is not limiting.  If it is determined that a construction is required, the construction should be:<br><br>"a spread spectrum communication, in which the signal to be transmitted is modulated with a pseudorandom noise ("PN") code" | "a spread spectrum communication, in which the signal to be transmitted is modulated with a pseudorandom noise ("PN") code" |

**Disputed Terms and Proposed Constructions: '195 Patent**

| Disputed Claim Terms/Phrases | Plaintiffs' Proposed Constructions | Defendants' Proposed Constructions |
|---|---|---|
| 8. "configured to" (Claim 1) | No construction needed.  If it is determined that a construction is required, the construction should be: "designed to" | "designed or programmed, and can be enabled by a user, to (perform a function)" |
| 9. "channel impulse response estimate obtainable from the first portion is reusable for acquisition of the second portion" (Claim 1) | No construction needed.  If it is determined that a construction is required, the construction should be: "channel impulse response estimate that can be obtained from the first portion can be used for acquisition of the second portion" | "channel impulse response estimated from the first portion to acquire the first portion can also be used to acquire the second portion" |

**Agreed Constructions: '195 Patent**

| Claim Term | Construction |
|---|---|
| 10. "mixed waveform configuration" (Claim 1) | "a first single carrier modulation scheme and at least a second, different modulation scheme that is multi-carrier" |

**Disputed Terms and Proposed Constructions: '944 Patent**

| Disputed Claim Terms/Phrases (944 Patent) | Plaintiffs' Proposed Constructions | Defendants' Proposed Constructions |
|---|---|---|
| 11. "data frame"<br><br>(Claim 1) | Not indefinite, not lacking written description support, and no construction needed. If it is determined that a construction is required, the construction should be:<br><br>"data encapsulated into a discrete structure for communication over a network as an independent unit" | Invalid under § 112, ¶¶ 1 and/or 2 as indefinite and/or lacking written description. |

**Agreed Constructions: '944 Patent**

| Claim Term | Construction |
|---|---|
| 12. "modulation scheme"<br><br>(Claim 1) | "process of varying the characteristics of a waveform such that the variations represent information" |

Dated: October 7, 2014

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (#4089)
919 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone: 302-777-0300
bfarnan@farnanlaw.com

*Attorneys for Plaintiffs*

Respectfully submitted,

ASHBY & GEDDES

/s/ Andrew C. Mayo
Steven J. Balick (#2114)
Tiffany Geyer Lydon (#3950)
Andrew C. Mayo (#5207)
500 Delaware Ave., 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Defendants*